**Opinion issued June 11, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00303-CV**

———————————

**HOUSTON AIR COMFORT, INC., Appellant**

**V.**

**CATHERINE DEL PAGGIO, Appellee**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-14155**

---

**MEMORANDUM OPINION**

Appellant Houston Air Comfort, Inc. has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). We notified appellant that we would dismiss the appeal absent a reasonable explanation for the failure to file a brief. *See id.* Appellant did not

respond as we requested. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Chief Adams and Justice Rivas-Malloy and Guiney.